## ATTACHMENT A

### Property to Be Searched

This warrant applies to information associated with **dnymack@gmail.com** that is stored at premises controlled by Google Inc., a company that accepts service of legal process at 1600 Amphitheatre Parkway in Mountain View, California.

**ATTACHMENT B**

**Particular Things to be Seized and Procedures
to Facilitate Execution of the Warrant**

I.      **Information to be disclosed by Google Inc. (the "Provider") to facilitate
execution of the warrant**

To the extent that the information described in Attachment A is within the possession,

custody, or control of the Provider, including any records, files, logs, or information that has

been deleted but is still available to the Provider, or has been preserved, the Provider is required

to disclose the following information to the government for each account or identifier listed in

Attachment A (the "Account"):

a.      All records or other information regarding the identification of the Account, to

include full name, physical address, telephone numbers and other identifiers, records of session

times and durations, the date on which the Account was created, the length of service, the IP

address used to register the Account, log-in IP addresses associated with session times and dates,

for the period from March 23, 2017, to and including March 28, 2017, account status, alternative

e-mail addresses provided during registration, methods of connecting, log files, and means and

source of payment (including any credit or bank account number);

b.      All activity logs for the Account and all other documents showing all activity with

respect to the Account (including that involving Gmail, Google Plus, Google Hangouts, Google

Photos, Google Chrome Sync), for the period from March 23, 2017, to and including March 28,

2017, and information about each communication sent or received by the Account for the period

from March 23, 2017, to and including March 28, 2017, (not including the contents thereof)

including stored or preserved communications sent to and from the Account, the source and

destination of the communication (such as source and destination e-mail addresses and telephone

numbers), any IP addresses associated with each communication, the date and time at which each communication was sent, and the size and length of each communication;

c.       Address books, contact and buddy lists, and calendar data, for the period from March 23, 2017, to and including March 28, 2017; and

d.       All geolocation records for the Account, for the period from March 23, 2017, to and including March 28, 2017;

e.       All location information from Google Maps, including data concerning route searches, for the period from March 23, 2017, to and including March 28, 2017;

f.       The IMEI, MAC address, or other device identifier for each device associated with the Account and each device for which Google Chrome Sync was enabled during the period March 23, 2017, to and including March 28, 2017;

g.       All records pertaining to communications between the Provider and any person regarding the Account, including contacts with support services and records of actions taken.

The Provider shall deliver the information set forth above via United States mail or courier to: Special Agent Dramous K. Lofton, Federal Bureau of Investigation, J. Edgar Hoover Building, MLAT Unit, Room 7848, 935 Pennsylvania Ave., NW, Washington D.C. 20535-0001; Or email to HQ_ISP_MLAT_Returns@FBI.gov.

**II.      Information to be seized by the government**

All information described above in Section I that constitutes fruits, evidence, or instrumentalities of, or contraband from, violations of sections 25, and 212 of the German Criminal Code relating to manslaughter, including, for each account identified on Attachment A, information pertaining to the following matters:

(a) Evidence indicating how and when the Account was accessed or used, to determine the geographic and chronological context of account access, use, and events relating to the crime under investigation and to the Account owner;

(b) The identity of the person(s) who created or used the Account, including records that help reveal the whereabouts of such person(s), particularly during the relevant period; and

(c) Identification of coconspirators, accomplices, and aiders and abettors in the commission of the above offenses.

**III.    Government procedures for warrant execution**

The United States government will conduct a search of the information produced by the Provider and determine which information is within the scope of the information to be seized specified in Section II.  That information that is within the scope of Section II may be copied and retained by the United States.

Law enforcement personnel will then seal any information from the Provider that does not fall within the scope of Section II and will not further review the information absent an order of the Court.